Jennifer K. Hostetler, NV Bar No. 11994
Jennifer.Hostetler@wbd-us.com
Dibora L. Berhanu, NV Bar No. 16046
Dibora.Berhanu@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Phone: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Defendant Geodis Logistics LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARDE HUNTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEODIS LOGISTICS, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 2:25-CV-00559-APG-MDC<br><br>**JOINT REQUEST FOR REMOTE APPEARANCE AT EARLY NEUTRAL EVALUATION**<br><br>ENE Date: August 11, 2025<br>ENE Time: 10:00 am |

Pursuant to the Order Scheduling Early Neutral Evaluation dated June 5, 2025 (ECF No. 12), Defendant Geodis Logistics, LLC ("Defendant") and Plaintiff Charde Hunter ("Plaintiff") request an exception to the in-person attendance requirements for the Early Neutral Evaluation ("ENE") scheduled for August 11, 2025 at 10:00 am before the Honorable Daniel Albregts, and specifically that all parties and counsel be permitted to attend the ENE virtually. The Parties base this request on the following grounds:

Plaintiff resides in Los Angeles, California and Defendant's representative is located in Tennessee. Both Parties agree that it would be more cost-effective for them to appear remotely rather than expend the costs required to travel into the jurisdiction. Additionally, if the Parties are permitted to appear remotely, the Parties believe that it would be more efficient for counsel to appear remotely as well. Accordingly, the Parties consent and agree that all parties as well as their counsel may appear remotely for the ENE.

4929-7243-2977.2

1    For the foregoing reasons, the Parties respectfully request all parties and counsel be
2    permitted to appear remotely at the ENE scheduled for August 11, 2025, at 10:00 am.
3    DATED this 30th day of June 2025.

WOMBLE BOND DICKINSON (US) LLP          GREENBERG GROSS LLP

By: */s/ Dibora L. Berhanu*                              By: */s/ Matthew T. Hale*
Jennifer K. Hostetler, Esq.                                  Jemma E. Dunn, Esq.
Dibora L. Berhanu, Esq.                                     Matthew T. Hale, Esq.
3993 Howard Hughes Parkway                           Michael A. Burnette, Esq.
Suite 600                                                             1980 Festival Plaza Drive
Las Vegas, Nevada 89169                                   Suite 730
                                                                             Las Vegas, Nevada 89135

*Attorneys for Defendant,*                                 *Attorneys for Plaintiff,*
*Geodis Logistics, LLC*                                     *Charde Hunter*

## ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the joint motion [15, 16] is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation scheduled for August 11, 2025 at 10:00 a.m. will now be conducted **via Zoom video for ALL participants**. Counsel must include the preferred email addresses for themselves and their respective participants in their written evaluation statements due on August 4, 2025.

 The Court reminds the parties that although the conference is proceeding via videoconference, the same decorum expected at in-person hearings will be expected here. Specifically, the parties are expected to appear via video (not just via audio) and must not engage in any distracting behavior like driving, walking around, and completing other tasks. The Court may end the conference if the parties do not abide by this directive.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/2/2025

- 2 -



4929-7243-2977.2