1  MICHAEL A. BURNETTE
   Nevada Bar No. 16210
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  JEMMA E. DUNN
   Nevada Bar No. 16891
4  GREENBERG GROSS LLP
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
   *MBurnette@GGTrialLaw.com*
7  *MHale@GGTrialLaw.com*
   *JDunn@GGTrialLaw.com*
8
   *Attorneys for Plaintiff*
9  *Charde Hunter*

10            **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12 | CHARDE HUNTER, an individual, | Case No.: 2:25-cv-00559-APG-MDC |
   |---|---|
13 | | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
   | Plaintiff, | |
14 | | |
   | v. | |
15 | | |
   | GEODIS LOGISTICS, LLC, a Tennessee limited liability company, | |
16 | | |
17 | Defendant. | |
18 | | |

19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Charde Hunter ("Plaintiff"), by and through her counsel of record, the law firm of Greenberg Gross LLP, and Defendant Geodis Logistics, LLC ("Defendant"), by and through its counsel of record, the law firm of Womble Bond Dickinson (US) LLP, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 10, 2025

| */s/ Michael A. Burnette* | */s/ Dibora L. Berhanu* |
|---|---|
| MICHAEL A. BURNETTE | SUSAN S. SPERBER |
| Nevada Bar No. 16210 | ADMITTED PRO HAC VICE |
| MATTHEW T. HALE | DIBORA L. BERHANU |
| Nevada Bar No. 16880 | Nevada Bar No. 16046 |
| JEMMA E. DUNN | **WOMBLE BOND DICKINSON (US) LLP** |
| Nevada Bar No. 16891 | 3993 Howard Hughes Parkway, Suite 600 |
| **GREENBERG GROSS LLP** | Las Vegas, Nevada 89169 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Charde Hunter* | *Geodis Logistics, LLC* |

## ORDER

IT IS SO ORDERED. The above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 13, 2025